**FILED & ENTERED**

MAY 26 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY chackel DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| In re: | Case No.: 9:10-bk-12480-RR |
|---|---|
| EDGE FITNESS CLUBS LLC | Chapter 11 |
| | ORDER TO SHOW CAUSE RE: DISMISSAL |
| Debtor(s). | DATE: JUNE 9, 2010<br>TIME: 2:00 P.M.<br>PLACE: COURTROOM 201<br>1415 STATE STREET<br>SANTA BARBARA, CA 93101 |

IT IS HEREBY ORDERED that a hearing in this case will be held on <u>June 9, 2010, at 2:00 p.m.</u>, before the Hon. Robin Riblet, U. S. Bankruptcy Judge, at 1415 State Street, Courtroom 201, Santa Barbara, California, 93101, to consider and act upon this Order to show cause why the Court should not dismiss this case due to the following: **Debtor is a non-individual debtor not represented by an attorney.**

The above-named debtor is hereby ordered to appear.

DATED: May 26, 2010

*Robin Riblet*
United States Bankruptcy Judge

-1-